WALKER *v.* RANDOLPH, WARDEN.

No. 2, Misc.  Decided April 22, 1963.

Petitioner *pro se.*

*William G. Clark,* Attorney General of Illinois, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Gideon* v. *Wainwright,* 372 U. S. 335.